1   **VICTOR N. PIPPINS**
    California State Bar No.  251953
2   **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
    225 Broadway, Suite 900
3   San Diego, California  92101-5030
    Telephone No. (619) 234-8467
4   Email: Victor_Pippins@fd.org

5   Attorneys for Mr. Acosta-Galarza

6

7

8                      UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   CASE NO. 08MJ0142
                                       )
11            Plaintiff,               )
                                       )
12  v.                                 )   **NOTICE OF APPEARANCE**
                                       )
13  RUBEN ACOSTA-GALARZA,              )
                                       )
14            Defendant.               )
                                       )
15  _____    )

16

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of

18  California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as

19  attorney in the above-captioned case.

20                                         Respectfully submitted,

21

22  Dated:  January 23, 2008               */s/ Victor N. Pippins*
                                           Federal Defenders of San Diego, Inc.
23                                         Attorneys for Defendant
                                           Victor_Pippins@fd.org
24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2    Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3    and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4        Courtesy Copy to Chambers

5        Copy to Assistant U.S. Attorney via ECF NEF

6        Copy to Defendant

7

8    Dated:  January 23, 2008                          _/s/ Victor N. Pippins_
                                                          Federal Defenders of San Diego, Inc.
9                                                         225 Broadway, Suite 900
                                                          San Diego, CA  92101-5030
10                                                        (619) 234-8467  (tel)
                                                          (619) 687-2666  (fax)
11                                                        Victor_Pippins@fd.org email

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28